JOHN CARTLEDGE et al., Co-partners under the Firm Name of JOSEPH WILD & COMPANY, Appellants ; THE CITY OF NEW YORK et al., Respondents.

*Matter of City of New York (Van Alst Ave.)*, 143 App. Div. 564, affirmed.

(Argued October 4, 1911; decided October 31, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 24, 1911, which affirmed an order of Special Term confirming the report of commissioners in street opening proceedings.

*Hartwell P. Heath, Arthur C. Bostwick* and *R. A. Mansfield Hobbs* for appellants.

*Archibald R. Watson, Corporation Counsel (Joel J. Squier* and *William B. R. Faber* of counsel), and *Clarence Edwards* for respondents.

Order affirmed, with costs; no opinion.

Concur: HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Not voting: CULLEN, Ch. J.

---

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title to Lands Required for the Opening of West One Hundred and Seventy-seventh Street, from Amsterdam Avenue to St. Nicholas Avenue, in the Borough of Manhattan.

MEYER A. BERNHEIMER, Appellant; THE CITY OF NEW YORK et al., Respondents.

*Matter of City of New York (West 177th Street)*, 145 App. Div. 913, affirmed.

(Submitted October 5, 1911; decided October 31, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

June 23, 1911, which affirmed an order of Special Term confirming the report of commissioners in street opening proceedings.

*Harry G. Smith* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Joel J. Squier, Samuel J. Benson* and *Frederick W. Gahrmann* of counsel), and *L. C. Dessar,* for respondents.

Order affirmed, with costs; no opinion.

Concur: HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Not voting: CULLEN, Ch. J., and WILLARD BARTLETT, J.